IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN BARRETT BICKNELL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:23-CV-185-RAH-CSC |
| ELMORE COUNTY SHERIFF'S OFFICE, et al. | ) ) ) ) |
| Defendants. | ) |

# **ORDER**

This case is before the Court on a Recommendation of the Magistrate Judge entered on August 10, 2023. (Doc. 12.) There being no timely objections filed to the Recommendation, and after an independent review of the file, it is

ORDERED as follows:

1. The Recommendation is ADOPTED;

2. This case is DISMISSED with prejudice as time-barred;

3. Any pending motions are DENIED as moot.

Final Judgment will be entered separately.

DONE, on this the 27th day of September 2023.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE